# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.**   1:22mj03926 Becerra

**UNITED STATES OF AMERICA**

**vs.**

**JOSE HUGO ESTUPINAN,**
**RAMON BAUTISTA, and**
**ARCILIADEZ GIMENEZ,**
      **Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?         No.


Respectfully submitted,
JUAN ANTONIO GONZALEZ


BY:   S/ Marc Chattah
      Marc Chattah
      Assistant United States Attorney
      Fla. Bar No. 27586
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: 305-961-9087
      Email: marc.chattah@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.   1:22mj03926 Becerra |
| JOSE HUGO ESTUPINAN, | ) | |
| RAMON BAUTISTA, and | ) | |
| ARCILIADEZ GIMENEZ, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __October 2, 2022 ___, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Garrett Redfern
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this __11th_ day of November, 2022.

Date:   __11/11/2022_____

_____
*Judge's signature*

City and state:   Miami, Florida

Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

**<u>AFFIDAVIT</u>**

I, Garrett B. Redfern, being duly sworn, hereby depose and state as follows:

1.  I am a special agent with the United States Drug Enforcement Administration ("DEA") and have been so employed since 2021. As a DEA special agent, I am an investigative officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code.  I am currently assigned to the DEA's Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a special agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2.  The facts set forth in this affidavit are based on my personal knowledge as well as information obtained from others. This affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Jose Hugo Estupinan, Ramon Bautista, and Arciliadez Gimenez for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3.  On or about October 2, 2022, a Maritime Patrol Aircraft ("MPA") spotted a north-bound go-fast vessel ("GFV") approximately 190 nautical miles southwest of La Romana, Dominican Republic in international waters and upon the high seas. The GFV had three individuals on board, numerous

1

fuel barrels, and bales visible on deck and did not display any indicia of nationality. The USS WICHITA was in the area and was diverted to interdict and investigate. Once in the vicinity, the WICHITA launched its helicopter and rigid hull inflatable boat with a boarding team.   The WICHITA requested and received a Statement of No Objection to conduct a Right of Visit boarding. The GFV was noncompliant. The USS Wichita's helicopter crew delivered warning shots, which were ineffective, and the non-compliant GFV jettisoned bales consistent with contraband into the water in multiple positions. The USS Wichita's helicopter crew delivered disabling fire, which rendered the GFV dead in the water. The boarding team arrived on scene and obtained positive control over the vessel.

4.    The three persons on board were later identified as Jose Hugo Estupinan, Ramon Bautista, and Arciliadez Gimenez. Ramon Bautista, and Arciliadez Gimenez made verbal claim of Dominican nationality and Jose Hugo Estupinan was identified as Colombian. None of the persons on board identified themselves as the master, and no claim of nationality was made for the vessel**.** Accordingly, the GFV was treated as a vessel without nationality and subject to the jurisdiction of the United States. A full law enforcement boarding followed.

5.    The boarding team seized a total of twenty-two bales from the GFV and the surrounding waters with a total at-sea weight of approximately 704 kilograms. The bales field tested positive for cocaine.  All three individuals along with the cocaine were transferred to the USS WICHITA.

CONTINUED ON NEXT PAGE

6. Based on the foregoing facts, I submit that probable cause exists to believe that Jose Hugo Estupinan, Ramon Bautista, and Arciliadez Gimenez did knowingly and willfully conspire to possess with intent distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT GARRETT REDFERN
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this  11th  day of November 2022.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

### BOND RECOMMENDATION

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
**AUSA:**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
    **AUSA:**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
**AUSA:**

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)